PEARSON, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JABER HILMI HAMMOUDA, | ) | |
| | ) | CASE NO.  4:25-cv-2696 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KRISTI NOEM, *etc.*, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | **ORDER TO SHOW CAUSE** |

Pending is Petitioner Jaber Hilmi Hammouda's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Complaint for Emergency Injunctive Relief (ECF No. 1).

1.  On or before December 31, 2025, Respondents shall serve and file an "Answer" to ECF No. 1 (not to exceed 20 pages) and show cause why the Petition should not be granted and the writ as prayed for issued.  The Answer shall include a response to the allegations of the Petition, and a statement as to what transcripts are available.

2.  On or before January 5, 2026, at 4:00 PM EST, Petitioner shall file a "Brief in Response" (not to exceed 10 pages).

3.  The Court will hold a Telephonic Hearing on Wednesday, January 7, 2026, at 12:00 PM EST, at which time counsel for Petitioner shall initiate a telephonic conference call to the Court at (330) 884-7435 with counsel for Respondents on the line.  Each side shall be prepared to voice its position regarding the Petition for Writ of Habeas Corpus (ECF No. 1).

(4:25CV2696)

4.  Maya Lugasy, counsel for Petitioner, shall forthwith serve a copy of this Order to Show Cause upon the United States Attorney for the Northern District of Ohio in accordance with the applicable Federal Rules of Civil Procedure and the Local Rules for filing and service of non-electronic documents and file a proof of service.


IT IS SO ORDERED.


___December 29, 2025___                    ___/s/ Benita Y. Pearson___
Date                                        Benita Y. Pearson
                                            United States District Judge