PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JABER HILMI HAMMOUDA, | ) | |
| | ) | CASE NO.  4:25-cv-2696 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Jaber Hilmi Hammouda's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241.  ECF No. 1.  The Court conducted a telephonic hearing, on January 7, 2026, during which the parties presented oral argument regarding their respective positions concerning Petitioner's detention pending his removal from the United States, pursuant to a final order of removal.  During the hearing, Respondents presented a recently received declaration and interpreted that declaration as evidence that Petitioner is manifested for removal on "special charter missions to Israel and the occupied Palestinian territories . . . scheduled to depart by February 1, 2026."  Respondents' Exhibit B, ECF No. 8, ⁋ 10.

On or before January 9, 2026, Respondents shall make a supplemental filing providing:

(1)  Confirmation that Petitioner is scheduled to be removed from the United States on one of the two special charter missions scheduled to depart from Mesa, Arizona no later than February 1, 2026;

(2) When Petitioner will be transported to Mesa, Arizona; and

(4:25CV2696)

(3) Confirmation that Petitioner has the required documentation, namely, "special transit permission," from the Government of Israel to travel to the occupied Palestinian territories.

Petitioner shall submit a responsive filing, if any, before 12:00 p.m. on January 12, 2026.

Pending the Court's resolution of the matter, Respondents shall not remove Petitioner from the jurisdiction of the Northern District of Ohio until further Order from the Court.

IT IS SO ORDERED.

January 7, 2026
Date

/s/ Benita Y. Pearson
Benita Y. Pearson
United States District Judge

2